

Attorneys at Law

216 Lakeville Road  
Great Neck, New York 11020  
T 516.437.3400  
F 516.334.3000

500 Village Square Crossing, Suite 101  
Palm Beach Gardens, Florida 33410  
T 561.899.9999  
F 561.584.6434

Gary Rosen, Esq. (Admitted NY, FL, NJ, PA, GA)  
Jared Rosen, Esq. (Admitted NY, FL, NJ)  
Jaime Rosen, Esq. (Admitted NY, FL, NJ, CT)  
Michael J. Noonan, Esq. (Admitted NY)

March 23, 2020

**VIA ECF**

Hon. Steven M Gold  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

**RE:** Mazzio, et.al. v. Allen, et.al.  
**20-CV-00314 (ERK)(SMG)**

Dear Judge Gold:

We are counsel to Plaintiffs in the above entitled action.

We respectfully request the scheduling of an initial conference as soon as practicable and such conference be by telephonic conference call.

Thank you very much,

Respectfully yours,

Gary Rosen